IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARNOLD J. HARRIS, :
    Plaintiff :
: No. 1:18-cv-00214
v. :
: (Judge Kane)
R. A. HANNON, et al., :
    Defendants :

**ORDER**

**AND NOW**, on this 21st day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), is **GRANTED**;

2. Plaintiff's amended complaint (Doc. No. 8), is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania